UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERMAN ARTURO MARTINEZ-CORRAL | No.<br><br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about February 27, 2019, at St. Charles, in the Northern District of Illinois, Eastern Division, and elsewhere,

GERMAN ARTURO MARTINEZ-CORRAL,

defendant herein, an alien who previously had been deported and removed from the United States on or about June 11, 2002, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and (b)(2), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY